# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.   10-cr-00402-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ARTURO GONZALEZ-HERNANDEZ,
     a/k/a Arturo Hernandez-Gonzalez,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the sentencing hearing set for May 13, 2011, should be vacated.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the sentencing hearing set for May 13, 2011, is **VACATED** and is **CONTINUED** to August 10, 2011, at 11:00 a.m.; and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  April 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.