**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.   10-cr-00402-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ARTURO GONZALEZ-HERNANDEZ,
      a/k/a Arturo Hernandez-Gonzalez,

      Defendant.

**MINUTE ORDER**[1]

      Due to a judicial emergency, the sentencing hearing set for August 10, 2011, should be vacated.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the sentencing hearing set for August 10, 2011, is **VACATED** and is **CONTINUED** to **August 15, 2011**, at 1:30 p.m.; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  August 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.